RECEIVED
MAR 16 2016
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

# Supreme Court
STATE OF LOUISIANA
New Orleans

CHIEF JUSTICE
  BERNETTE J. JOHNSON    Seventh District
JUSTICES
  GREG G. GUIDRY    First District
  SCOTT J. CRICHTON    Second District
  JEANNETTE THERIOT KNOLL  Third District
  MARCUS R. CLARK    Fourth District
  JEFFERSON D. HUGHES III  Fifth District
  JOHN L. WEIMER    Sixth District

JOHN TARLTON OLIVIER
CLERK OF COURT

400 ROYAL STREET, SUITE 4200
NEW ORLEANS, LA 70130-8102

TELEPHONE (504) 310-2300
HOME PAGE http://www.lasc.org

March 9, 2016

Hon. Scott S. Harris
Clerk, U.S. Supreme Court
Office of the Clerk
1 First Street, NE
Washington, D.C. 20543

"No Pending Cases"

Re:        *In Re: Ashton DeVan Pardue*
          Louisiana Bar Roll no. 25815
          La. Supreme Court docket no. 2016-B-0109

Dear Mr. Harris:

Enclosed please find a copy of the decision rendered by this Court in the above-entitled matter, which is self-explanatory. The case became final in this Court on **March 4, 2016.**

With kindest regards, I remain,

Very truly yours,

John Tarlton Olivier
Clerk of Court

By:    Carmen B. Young
      Deputy Clerk

CBY:pal
Enclosure
ccs:    Hon. Lyle W. Cayce, Clerk,
      U.S. Court of Appeals, Fifth Circuit
      Hon. William W. Blevins, USDC, Eastern District
      Hon. Michael McConnell, Clerk, USDC, Middle District
      Hon. Tony R. Moore, USDC, Western Dist.
      Charles B. Plattsmier, Disciplinary Counsel
      Denise Tingstrom, Director of Admin., LSBA
      Donna Roberts, Administrator, Disciplinary Board
      U.S. Surface Transportation Board
      Regional Director, IRS
      Sandra Vujnovich, Judicial Administrator
      Breezy Borello, Notarial Archives
      Scott T. Morris, Off. of General Counsel, Social Security Administration
      Cynthia Cotton, Notarial Division, Secretary of State Office
      Hon. Sheral Kellar, Chief Judge, Off. of Wrkrs. Comp. Admin.

Hon. Christine L. Crow
Clerk, 1st Circuit Ct. Of Appeal
Hon. Lillian Evans Richie
Clerk, 2nd Circuit Ct. Of Appeal
Hon. Charles K. McNeely
Clerk, 3rd Circuit Ct. Of Appeal
Hon. Justin I. Woods
Clerk, 4th Circuit Ct. Of Appeal
Hon. Cheryl Q. Landrieu
Clerk, 5th Circuit Ct. Of Appeal

# The Supreme Court of the State of Louisiana

IN RE: ASHTON DEVAN PARDUE

NO.   2016-B-0109

– – – – – –

IN RE:  Disciplinary Counsel; Ashton DeVan Pardue; - Other(s);
Applying For Joint Petition for Consent Discipline

– – – – – –

March 4, 2016

Joint petition for consent discipline accepted. See per curiam.

> BJJ
>
> JTK
>
> JLW
>
> GGG
>
> MRC
>
> JDH
>
> SJC

Supreme Court of Louisiana
March 4,2016

_____
Deputy      Clerk of Court
            For the Court

SUPREME COURT OF LOUISIANA

NO. 2016-B-0109

IN RE: ASHTON DEVAN PARDUE                    MAR 0 4 2016

ATTORNEY DISCIPLINARY PROCEEDING

SJC

PER CURIAM

The Office of Disciplinary Counsel ("ODC") commenced an investigation into allegations that respondent was arrested on charges of operating a vessel while intoxicated, aggravated flight from an officer, resisting an officer, and having no stern lights on the vessel he was operating. Respondent subsequently pleaded no contest to careless operation and flight from an officer. Following the filing of formal charges, respondent and the ODC submitted a joint petition for consent discipline. Having reviewed the petition,

IT IS ORDERED that the Petition for Consent Discipline be accepted and that Ashton DeVan Pardue, Louisiana Bar Roll number 25815, be suspended from the practice of law for a period of three months.

IT IS FURTHER ORDERED that all costs and expenses in the matter are assessed against respondent in accordance with Supreme Court Rule XIX, § 10.1, with legal interest to commence thirty days from the date of finality of this court's judgment until paid.