UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ASHTON DEVAN PARDUE | No. 16-MC-21 |

## **ORDER**

Considering the foregoing Motion to Substitute, the motion is granted, and the attached pleadings are substituted in place of Record Document 10.

Baton Rouge, Louisiana this __5th__ day of __September__, 2023.

*Shelly D. Dick*
_____
UNITED STATES DISTRICT JUDGE